■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK JONES, Appellant. [803 NYS2d 911]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered October 24, 2002, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TARIQ JONES, Appellant. [803 NYS2d 920]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered October 24, 2002, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see People v Contes, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as

well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see People v Gaimari,* 176 NY 84, 94 [1903]). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see People v Garafolo,* 44 AD2d 86, 88 [1974]). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. S. Miller, J.P., Krausman, Goldstein and Covello, JJ., concur.